No. 98–697.  HARBERT/LUMMUS AGRIFUELS PROJECTS ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 98–765.  SONNEBERG *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 98–837.  SHOTTS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–863.  LAFAYETTE PLACE ASSOCIATES *v.* CITY OF BOSTON.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 98–867.  CLAGG ET AL. *v.* BAYCLIFFS CORP. ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 98–871.  UNITED STATES *v.* HUGHES AIRCRAFT CO.  C. A. Fed. Cir.  Certiorari denied.

No. 98–875.  DAVISTER CORP. *v.* UNITED REPUBLIC LIFE INSURANCE CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–897.  GABLE *v.* PATTON ET AL.; and
No. 98–1072.  PATTON *v.* GABLE ET AL.  C. A. 6th Cir.  Certiorari denied.  Reported below: 142 F. 3d 940.

No. 98–912.  ROSS *v.* INDIANA STATE TEACHERS ASSN. ET AL. C. A. 7th Cir.  Certiorari denied.

No. 98–919.  LUMSDEN ET AL. *v.* LIBERTY MUTUAL INSURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–985.  HERBERT *v.* REINSTEIN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 98–986.  DAIMLERCHRYSLER CORP. *v.* KOLOSSO AUTO SALES, INC.  C. A. 7th Cir.  Certiorari denied.